## SAMUEL S. SLATER
### *v.*
## GUSTAV FISHER.

WRITS OF ERROR to the Superior Court of Chicago; the Hon. JOSEPH E. GARY, Judge, presiding.

There were several distinct actions of replevin, all involving the same questions, which are considered in the following opinion.

Messrs. Rae & Mitchell, and Messrs. King, Scott & Payson, for the plaintiff in error.

Messrs. Miller, VanArman & Lewis, and Messrs. Hoyne, Horton & Hoyne, for the defendant in error.

Mr. Justice Breese delivered the opinion of the Court:

These cases are actions of replevin, by the purchaser of the vessel under the mortgage sale, against the sheriff, and judgment must be rendered in favor of the plaintiff in replevin and in error, for the reasons given in the case of the *Barque Great West No.* 2 v. *Oberndorf et al. ante.*

*Judgments reversed.*